♆AO 98A  (9/01) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture.

# United States District Court

__EASTERN__ District of __CALIFORNIA__

FILED
MAR 1 0 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

V.

## APPEARANCE AND COMPLIANCE BOND

__CRAIG MENDENHALL__
Defendant

✦ Defendant states after Court first name is: CREIG

Case Number: __1:06MJ-00055__

Non-surety: I, the undersigned defendant acknowledge that I and my . . .

Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .

personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ __50,000.00__ , and there has been deposited in the Registry of the Court the sum of $ __(-0-)__ in cash or __N/A__ (describe other security.)

The conditions of this bond are that the defendant, __Craig__
                                                    (Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __3-10-2006__ at  U.S. District Court, ED of CA
                              Date        Fresno, California
                                                Place

X Defendant __[signature]__                 Address __Visalia, CA__

Surety _____              Address _____

Surety _____              Address _____

Signed and acknowledged before me on __March 10, 2006__
                                              Date

                                              __[signature]__
                                              Judicial Officer/Clerk

Approved: __[signature]__                   cc: AUSA, PTS, Fed Defender
           Judicial Officer

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at _Visalia, CA_____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that _Mobile Home_____

_____
Surety

Sworn to before me and subscribed in my presence on _March 10, 2006_
Date

at _U.S. District Court, 1130 O Street, Fresno, California_
Place

_H. A. Herman_      _Deputy Clerk_    _____
Name and Title                          Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at _____

_____ ; and that my net worth is the sum of

_____ dollars ($ _____ ).

I further state that _____

_____
Surety

Sworn to before me and subscribed in my presence on _____
Date

at _U.S. District Court, 1130 O Street, Fresno, California_
Place

_____ Deputy Clerk    _____
Name and Title                          Signature of Judicial Officer/Clerk

Justification Approved: _____
Judicial Officer