| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal DefenderERIC V. KERSTEN, Bar #226429 |
| 2 | Assistant Federal Defender |
| | Designated Counsel for Service |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, California  93721-2226 |
| 4 | Telephone: (559) 487-5561 |

Attorney for Defendant
CREIG MENDENHALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:06-mj-00055 LJO |
| | ) | |
| Plaintiff, | ) | APPLICATION TO EXONERATE BOND |
| | ) | AND |
| v. | ) | |
| | ) | ORDER THEREON |
| CREIG MENDENHALL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. Sandra M. Snyder |
| _____ | ) | |

    Defendant Creig Mendenhall hereby makes application to this Court for exoneration of the $10,00 cash bond posted on his behalf, March 14, 2006.

    On March 10, 2006, defendant Creig Mendenhall appeared before the Honorable Sandra M. Snyder for a detention hearing regarding an out of district warrant (District of Utah Case No. 2:04-cr-807 TS).  At that time, Judge Snyder ordered defendant Mendenhall released on $10,000 cash bond, a $50,000 unsecured bond and several pretrial supervision (PTS) conditions.  Defendant Mendenhall appeared in the District of Utah, Central Division, Salt Lake City as ordered, and has complied with all PTS conditions in that district.  The Honorable Samuel Alba, United States Magistrate for the U.S. District Court, Utah District, Central Division, has signed an order exonerating the $10,000 cash bond and directing that it be released to Cata Mendenhall. (See attached Motion to Exonerate Cash Bond and Order).

    A cash bond of $10,000.00 was posted on March 14, 2006 by Cata A. Mendenhall, receipt number

1018307, on behalf of defendant Creig Mendenhall.  It is respectfully requested that said cash bond be exonerated and the monies returned to Cata A. Mendenhall.

DATED:  September 11, 2006

RESPECTFULLY SUBMITTED,

DANIEL J. BRODERICK
Federal Defender


/s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Creig Mendenhall


This application having been considered by the Court, IT IS ORDERED that the $10,000.00 cash bond, posted on March 14, 2006 by Cata A. Mendenhall, receipt number 1018307, on behalf of defendant Creig Mendenhall, be exonerated.

IT IS SO ORDERED.

**Dated:   September 11, 2006**          /s/ Sandra M. Snyder
icido3                                              UNITED STATES MAGISTRATE JUDGE